**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6611**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ERIC MARVIN COLLEY, a/k/a Mark T., a/k/a Mothmonsterman2,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:22-cr-00006-MR-WCM-1)

Submitted:  November 20, 2025                    Decided:  November 25, 2025

Before THACKER, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric Marvin Colley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Marvin Colley appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction based on Amendment 821 to the Sentencing Guidelines.  The district court found that Colley was ineligible for the reduction because his instant offense of conviction is a sex offense.  *See* U.S. Sentencing Guidelines Manual § 4C1.1(a)(5), (b)(2) (2024).

Before addressing the merits of Colley's appeal, we deny his pending motion for the appointment of counsel.  In addition, we have reviewed the record and Colley's arguments on appeal, and we discern no reversible error.  Accordingly, we affirm the district court's order.  *United States v. Colley*, No. 1:22-cr-00006-MR-WCM-1 (W.D.N.C. July 7, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2